IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERMAN CARTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 99-757-JJF |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| COMMISSIONER STANLEY TAYLOR, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ( | SS |
| COUNTY OF KENT | ) | |

BE IT REMEMBERED that on this 18th day of February, 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, JOHN OLDIGS, personally known to me to be such and who, after being duly sworn by me according to law, did state and say the following:

1.  I am employed by the Delaware Department of Correction. My official title is Support Services Administrator for Management Services and in that capacity, I am involved, inter alia, with records management and archiving of same.

2.  Pursuant to an e-mail request received from Deputy Attorney General Stuart B. Drowos, I initiated a search for the substance abuse and medical files for a former inmate known as Sherman Carter (SBI #00102896). Said records (primarily substance abuse materials) were believed to be archived, in part, at the Gander Hill Correctional Facility. The primary medical file, given the long-passed release date of the individual in question, was believed to still be retained by the medical unit at DCC, the

institution from which Mr. Carter was released in 1999. These records are not in the custody or control of DOC but are in the sole custody and care of the medical provider/vendor with whom the State maintains a contractual relationship.

3. Under existing Federal law, the records would normally not be released without prior written authorization by Mr. Carter or, in lieu thereof, by an Order of any Court of competent jurisdiction.

4. Despite due diligence and effort, the requested records have not been located or provided by the medical care provider (and medical records custodian).

*/s/ John Oldigs*
JOHN OLDIGS

SWORN TO AND SUBSRIBED before me the day and year aforesaid.

*/s/ Christine S. Dulin*
NOTARY PUBLIC

My Commission Expires: _____

My Commission Expires
August 18, 2005