IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHERMAN CARTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 99-757-JJF |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| COMMISSIONER STANLEY TAYLOR, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ( SS |
| COUNTY OF NEW CASTLE | ) |

BE IT REMEMBERED that on this 15th day of February, 2005, personably appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, MEGAN CARLTON, personably known to me to be such and who, after being duly sworn by me according to law, did state and say the following:

1. I am employed by CiviGenics and am assigned to the Howard Young Correctional Facility (formerly known as Gander Hill Correctional Facility).

2. I perform various clerical duties in the CiviGenics program at the above facility.

3. In that capacity, I was instructed to perform a search for certain files related to a former inmate known as Sherman Carter (SBI #00102896). Said documents were believed to be located in the facility's archival storage room.

4. I conducted a thorough search of the archived storage room on or about Wednesday, February 2, 2005. Unfortunately, I was unable to locate the requested

documents.

5. I performed my search in a diligent and thorough fashion.

*Megan Carlton* (signature)
MEGAN CARLTON

SWORN TO AND SUBSRIBED before me the day and year aforesaid.

*(signature)*
NOTARY PUBLIC

My Commission Expires: _____

TYSHA Y. BRYANT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 24, 2005