IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERMAN CARTER, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | :   Civil Action No. 99-757 JJF |
| | : |
| COMMISSIONER STANLEY TAYLOR, et al., | : |
| | : |
|     Defendants. | : |

**O R D E R**

WHEREAS, Plaintiff filed a Motion Requesting Discovery Sanctions (D.I. 95);

WHEREAS, the Court held a motion hearing on February 3, 2005, to discuss, <u>inter alia</u>, Plaintiff's motion;

WHEREAS, at the hearing, the parties concluded that the remaining discovery dispute was Plaintiff's request for records from three medical care providers;

WHEREAS, Plaintiff has since withdrawn his request for those medical records (D.I. 120 at 2);

WHEREAS, at the motion hearing, the Court also ordered Defendant to submit affidavits supporting their claim that they made reasonable and timely efforts to locate the documents sought by Plaintiff;

WHEREAS, Defendants have complied with said order (D.I. 124);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion

Requesting Discovery Sanctions (D.I. 95) is **DENIED**.

March 11, 2005

                                    *Joseph J. Farnan Jr.*
                                    UNITED STATES DISTRICT JUDGE