IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHERMAN CARTER,                :
                               :
        Plaintiff,             :
                               :
    v.                         :   Civil Action No. 99-757 JJF
                               :
COMMISSIONER STANLEY TAYLOR,   :
et al.,                        :
                               :
        Defendants.            :
                               :

## O R D E R

WHEREAS, on May 3, 2004, Defendant filed a Motion For Leave To File Out Of Time Motion For Enlargement Of Time (D.I. 101);

WHEREAS, on June 14, 2004, Defendant filed a second Motion For Enlargement Of Time (D.I. 103) requesting additional time;

WHEREAS, Defendants' counsel represents that an extension was needed because he and his family had experienced serious medical problems;

WHEREAS, the Court finds that an extension would not unduly prejudice Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Defendants' Motion For Enlargement Of Time (D.I. 103) is **GRANTED**;

2) Defendants' Motion For Leave To File Out Of Time Motion

For Enlargement Of Time (D.I. 101) is **DENIED** as moot.

_3/21/05_  
DATE

_[signature]_  
UNITED STATES DISTRICT JUDGE