To: Clerk of the Court
    U.S. District Court for Delaware
    844 King Street
    Wilmington, DE  19801

March 25, 2005

RE: CARTER v. TAYLOR, et,. al, defd
    99-757-JJF

Dear Clerk;

   Please docket the enclosed notifacation of intent to appeal a order denying Plaintiff's "Motion for Discovery Sanctions" signed by Judge Farnan on March 11, 2005. This matter will not go forward until the case in full has been decided. I have on this date mailed a copy of this notice to counsel for the defendants at the address below.

To: DAG Stuart B. Drowos
    Department of Justice
    820 N. French Street
    Wilmington, DE  19801

signed: _____
         Sherman A. Carter