To: The Honorable Joseph J. Farnan
    United States District Court for
    the District of Delaware
    Federal Building
    844 King Street Lock Box 27
    Wilmington, DE  19801

                                March 25, 2005

RE: CARTER V. TAYLOR, et al defd.
    99-757-JJF


Dear JUdge Farnan:

   I wish to establish on the record my intention to persue an appeal of the order denying plaintiff's Motion for Discovery Sanctions signed by you on March 11, 2005. Based on the record I, believe the decision to be an "abuse of discretion". I am aware that this ruling is not appealable until a final ruling has been made on the case in full.


                                Respectfully submitted
                                /s/ Sherman G. Carter
                                _____
                                Sherman A. Carter/Plaintiff


xc: DAG Stuart B. Drowos
    file