IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERMAN CARTER, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 99-757-JJF |
| M. JANE BRADY, et al | : |
|     Defendants. | : |

### O R D E R

IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **June 2, 2005 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

2) Trial will commence on **Friday, June 10, 2005 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

April 14, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE