

M. JANE BRADY
ATTORNEY GENERAL

# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO :

May 6, 2005

[New Castle County-Civil Division]

Mr. Sherman Carter
2900 Jefferson Street
Wilmington, DE 19802

Re:   Carter v. Taylor, et al
      C.A. No. 99-757-JJF

Dear Mr. Carter:

    Enclosed please find a copy of a self-explanatory letter submitted to Judge Farnan for his consideration. Please note that we are not trying to wrongfully delay the matter and are acting wholly in good faith. Given that the Court unilaterally chose the original date without knowledge of the religious observance, the request is not an unreasonable one.

    In addition, I would ask that you indicate any desire to explore the possibility of settling this matter short of trial. Given the uncertainty of same, it certainly seems logical and in both parties' interests to consider the possibility of settlement.

    Please note that I am not presently authorized to make any specific offer but I am willing to entertain any reasonable proposals from you. In fact, my professional ethics require the submissions of a proposal to my clients for consideration.

    Please contact me if you wish to explore this possibility. If you have a specific request to make, please submit it as soon as possible and I will relay it to my clients for their review and consideration.

Thank you for your continuing patience and cooperation. I look forward to a response at your earliest convenience.

Very truly yours,

Stuart B. Drowos
Deputy Attorney General

SBD/lc

Enclosure

Cc: Clerk of the Court
Stan Taylor, Commissioner
Robert Snyder
Rebecca McBride
Aaron Goldstein, DAG