Clerk of the Court
United States District Court
for the District of Delaware
J.C. Boggs Federal Building
844 King Street Lock Box 27
Wilmington, DE 19801


Re: Carter v. Taylor, et al
    C.A. No. 99-757-JJF


Dear Clerk:

　　Please docket the enclosed letter requesting that the Court review the Plaintiff's materials in support of discovery sanctions, and proposed witness list. I have hand delivered two, true copies of the same to counsel for the defendants at the address below, on the date of May 9, 2005.


Delivered to: DAG. Stuart B. Drowos
              Department of Justice
              820 N. French Street
              Wilmington, DE  19801

May 9, 2005                         signed: /s/ Sherman A. Carter
                                            Sherman A. Carter

