Stuart B. Drowos, DAG
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801

May 7, 2005

Re: Carter v. Taylor, et al
    C.A. No. 99-757-JJF

Dear Mr. Drowos:

    First let me inform you that I have no problem with your request for a new date. With all due respect however I do not fully agree with your position as to the outcome if a trial was had. I admit that I can not guss what the award would be, but I am confidant that I can put before a jury enough information of a troubling nature to convince them of the guilt of your clients. As to your proposal of reaching a settlement agreement, I would not rule it out. However in the past you had me provide you with a offer, which you shined off. That being said I would suggest that you confer with your clients and, present a offer to me that reflects upon the seriousness of what is risk here.

    If however we are not able to come to some agreement I, will persue this through trial, and through the appeals process. I am confident that I have created a record that will bring about some very monumental rulings.

Respectfully submitted

*Sherman A. Carter*
Sherman A. Carter/Pro se
2900 Jefferson, Street
Wilmington, DE 19802
(302) 494-9227

xc: Clerk of the Court
    file

2005 MAY -9 AM 8:57
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED