

**M. JANE BRADY**
**ATTORNEY GENERAL**

# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**NEW CASTLE COUNTY**
**Carvel State Building**
**820 N. French Street**
**Wilmington, DE 19801**
**Criminal Division (302) 577-8500**
**Fax: (302) 577-2496**
**Civil Division (302) 577-8400**
**Fax: (302) 577-6630**
**TTY: (302) 577-5783**

**KENT COUNTY**
**102 West Water Street**
**Dover, DE 19901**
**Criminal Division (302) 739-4211**
**Fax: (302) 739-6727**
**Civil Division (302) 739-7641**
**Fax: (302) 739-7652**
**TTY: (302) 739-1545**

**SUSSEX COUNTY**
**114 E. Market Street**
**Georgetown, DE 19947**
**(302) 856-5352**
**Fax: (302) 856-5369**
**TTY: (302) 856-2500**

**PLEASE REPLY TO:**

May 12, 2005

[New Castle County-Civil Division]

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Lock Box 27
Wilmington, DE 19801

**Re:    Carter v. Taylor, et al.**
**C.A. No. 99-757-JJF**

Dear Judge Farnan:

      I have been advised by Mr. Carter that he does not oppose Defendants' request for a continuance. A copy of his letter evidencing same is enclosed herein for Your Honor's convenience.

      Please be further advised that we have initiated preparation of our portion of the proposed Pre-Trial Order. However, in light of our recent request to have both that and the Trial itself postponed, we would respectfully request that Your Honor provide some guidance in this area as well. More specifically, will there be an additional period of time within which the proposed Pre-Trial Order may be submitted to the Court?

      Again, counsel for the Defendants wish to thank the Court for its due consideration of our recent request and will do whatever is possible to accommodate the Court in bringing this matter to trial as soon as may be mutually agreeable and practical. On behalf of Mr. Goldstein and myself, we remain.

The Honorable Joseph J. Farnan, Jr.
May 12, 2005
Page 2

Respectfully,

/s/ Stuart B. Drowos

Stuart B. Drowos
Deputy Attorney General

SBD/lc

Enclosure

Cc:     Mr. Sherman Carter
        Aaron Goldstein, DAG
        Clerk of the Court