# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHERMAN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 99-757-JJF |
| | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | TRIAL BY JURY DEMANDED |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Aaron R. Goldstein on behalf of Defendants Rebecca McBride, Robert Snyder and Stanley Taylor. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Aaron R. Goldstein
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

Dated: May 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Stuart B. Drowos, Esquire.  I hereby certify that on May 20, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants: Sherman Carter.

/s/ Aaron R. Goldstein
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us