M. JANE BRADY
ATTORNEY GENERAL



# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO :

May 20, 2005

[New Castle County-Civil Division]

Mr. Sherman Carter
2900 Jefferson Street
Wilmington, DE 19802

Re:   Carter v. Taylor, et al.
      C.A. No. 99-757-JJF

Dear Mr. Carter:

Please be advised that the Court has graciously granted Defendants' request for a continuance in the above matter. Both the Pre-Trial Conference and the Trial itself are to be rescheduled at a mutually convenient and available date.

Mr. Goldstein and I plan to provide the Court with those upcoming dates on which we either have other matters currently scheduled or will be otherwise unavailable. That should eliminate any confusion and possible additional delays.

Thank you once again for your cooperation. I look forward to your reply to my earlier correspondence.

Very truly yours,

Stuart B. Drowos
Deputy Attorney General

SBD/lc

Cc:   Clerk of the Court