IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERMAN CARTER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 99-757-JJF |
| M. JANE BRADY, et al | : |
| Defendants. | : |

**O R D E R**

WHEREAS, by letter (D.I. 130), Counsel for Defendants has requested that the June 2005 Pretrial and Trial dates be postponed due to a conflict;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Friday, September 9, 2005 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

2) Trial will commence on **Tuesday, October 11, 2005 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

May 24, 2005
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE