```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    1
                         ( as of   06/24/1999 )

State of Delaware v.  SHERMAN A CARTER
State's Atty: FERRIS W WHARTON , Esq.                                 DOB 08/15/1950
DEFENSE ATTY: PRO SE , Esq.            AKA: NICK CARTER
                                            NICK CARTER
```

Assigned Judge:

Charges:

| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|---|---|---|---|---|---|
| 001 | 303X6881DI | IN93090845 | BURGLARY 2ND | NOLP | 05/25/1994 |
| 002 | 303X6881DI | IN93090846 | PDWDCF | NOLP | 05/25/1994 |
| 003 | 303X6881DI | IN93090847 | PDWBPP | NOLP | 05/25/1994 |
| 004 | 303X6881DI | IN93090848 | CR.MIS.500-1500 | NOLP | 05/25/1994 |
| 005 | 303X6881DI | IN93090849R1 | CCDW | TG | 06/28/1994 |
| 006 | 303X6881DI | IN93090850R1 | POSS.W/I/D NARC | TG | 06/28/1994 |
| 007 | 303X6881DI | IN93090851R1 | PDWBPP | TG | 06/28/1994 |
| 008 | 303X6881DI | IN93090852 | POS/DEL 1000 FT | NOLP | 08/04/1994 |
| 009 | 303X6881DI | IN93090853 | ASSAULT 1ST | NOLP | 08/04/1994 |
| 010 | 303X6881DI | IN93090854 | PDWDCF | NOLP | 08/04/1994 |
| 011 | 303X6881DI | IN93090855 | PDWBPP | NOLP | 08/04/1994 |
| 012 | 303X6881DI | IN93091409 | PDWDCF | NOLP | 08/04/1994 |
| 013 | 303X6881DI | VN9309084901 | VIOL O/PROBATN | GLTY | 05/28/1997 |
| 014 | 303X6881DI | VN9309085001 | VIOL O/PROBATN | GLTY | 05/28/1997 |
| 015 | 303X6881DI | VN9309085101 | VIOL O/PROBATN | GLTY | 05/28/1997 |
| 019 | 303X6881DI | VN9309085102 | VIOL O/PROBATN | GLTY | 09/16/1997 |
| 020 | 303X6881DI | VN9309085103 | VIOL O/PROBATN | GLTY | 12/16/1997 |

| No. | Event Date | Event | Judge |
|---|---|---|---|
|  | 09/03/1993 | WARRANT AND COMMITMENT 90 24000.00 100 |  |
|  | 09/03/1993 |  |  |
|  | 09/15/1993 | PRELIMINARY HEARING HELD MUNICIPAL COURT |  |
|  | 09/16/1993 | CASE FILED | KDP |
| 1 | 09/27/1993 | TRUE BILL |  |
|  | 10/06/1993 | CONTROL FOR REPRESENTATION CALENDAR-ARRAIGNED BY 10C |  |
|  | 10/08/1993 | CONTROL FOR REPRESENTATION CALENDAR-ARRAIGNED |  |
|  | 10/19/1993 | NOTICE SERVICE/ACKNOW.RECEIPT-DISCOVERY |  |
|  | 11/02/1993 | CRIMINAL TRIAL CALENDAR - RESCHEDULED 011994 |  |
| 2 | 11/02/1993 | MOTION TO SEVER (PANKOWSKI,ESQ.) | KDP |

```
3    11/10/1993                                HERLIHY JEROME O.
     OFFICE CONFERENCE
     RE: MTNSEV. MTN.IS GRANTED.
     COUNTS 1 THRU 4 TO BE SEVERED.
     COUNTS 5 THRU 12 TO BE TRIED
     SEPARATE. (PANKOWSKI, ESQ.)    KDP
4    11/17/1993
     DEFENDANT'S LETTER
                                    DCB
5    11/17/1993                                HERLIHY JEROME O.
     LETTER
     (TO ATTYS.) REGARDING SEVERANCE.
     AND SCHED.OF TRIALS.
6    11/17/1993                                HERLIHY JEROME O.
     ORDER
     COUNTS I THRU IV ARE SEVERED &
     SHALL BE SET DOWN FOR TRIAL 1ST &
     THAT COUNTS V THRU XII SHOULD BE
     KEPT TOGETHER & SHALL BE TRIED ON
     A SUBSEQUENT DATE.             KDP
7    12/02/1993
     DEFENDANT'S LETTER
                                    DCB
8    12/07/1993
     MOTION FOR REDUCTION OF BAIL
     EDWARD C. PANKOWSKI,JR.,ESQ.   KLT
     12/21/1993                                TOLIVER CHARLES H. IV
     MOTION FOR REDUCTION OF BAIL
     (#004) DENIED                  KLT
9    12/22/1993
     DEFENDANT'S LETTER
                                    DCB
     01/05/1994
     STATE'S WITNESS SUBPOENA ISSUED
10   01/12/1994                               BARRON NORMAN A.
     REFERRAL MEMO
     ED PANKOWSKI,ESQ.              DCB
     01/12/1994
     SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED
11   01/18/1994                               BARRON NORMAN A.
     REFERRAL MEMO
     ED PANKOWSKI,ESQ.              DCB
     01/19/1994                               TOLIVER CHARLES H. IV
     CRIMINAL TRIAL CALENDAR - RESCHEDULED
12   01/31/1994
     DEFENDANT'S LETTER
                                    DCB
13   01/31/1994
     REQUEST FOR APPOINTMENT OF COUNSEL
                                    DCB
14   02/03/1994
     MOTION FOR APPOINTMENT OF COUNSEL
     PRO`SE                         KLT
15   02/08/1994                               BARRON NORMAN A.
     ORDER TO COURT APPOINT COUNSEL
     JEROME M.CAPONE,ESQ.           DCB
16   02/10/1994
```

|    |            |                                                                                                                                                                                                                                                                                                                                         |                      |
|----|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------------|
|    |            | ACKNOWLEDGMENT SIGNED BY COUNSEL JEROME M. CAPONE, ESQ.    DCB                                                                                                                                                                                                                                                                          |                      |
|    | 02/10/1994 | NOTICE OF SERVICE - DISCOVERY REQUEST                                                                                                                                                                                                                                                                                                   |                      |
| 17 | 02/25/1994 | MEMORANDUM TO JEROME CAPONE, ESQ., REFERRING THE ATTACHED PRO SE LETTER DATED 012794, TO HIM AS COUNSEL OF RECORD FOR WHATEVER ACTION HE DEEM APPROPRIATE.    DCB                                                                                                                                                                       | COOCH RICHARD R.     |
|    | 03/18/1994 | STATE'S WITNESS SUBPOENA ISSUED                                                                                                                                                                                                                                                                                                         |                      |
| 44 | 03/22/1994 | LETTER (DATED 022594) TO DEFENDANT FROM MARGARET L. NAYLOR: THE CHIEF JUSTICE HAS DIRECTED ME TO INFORM YOU THAT THE COURT ON THE JUDICIARY WILL TAKE NO ACTION WITH RESPECT TO YOUR DOCUMENT DATED FEBRUARY 16, 1994, ENTITLED "OBJECTION", AS YOUR DOCUMENT CONCERNS THE ABOVE-CAPTIONED MATTERS WHICH WERE CLOSED ON FEBRUARY 10, 1994.    KRS |                      |
|    | 03/24/1994 | SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED                                                                                                                                                                                                                                                                                                |                      |
| 18 | 03/24/1994 | LETTER DEFENDANT'S    DF                                                                                                                                                                                                                                                                                                                |                      |
|    | 03/30/1994 | CRIMINAL TRIAL CALENDAR - RESCHEDULED                                                                                                                                                                                                                                                                                                   | COOCH RICHARD R.     |
| 19 | 04/03/1994 | MOTION FOR REDUCTION OF BAIL JEROME M. CAPONE, ESQ.    DF                                                                                                                                                                                                                                                                               |                      |
|    | 04/12/1994 | SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED                                                                                                                                                                                                                                                                                                |                      |
|    | 04/20/1994 | STATE'S WITNESS SUBPOENA ISSUED                                                                                                                                                                                                                                                                                                         |                      |
|    | 04/25/1994 | SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED                                                                                                                                                                                                                                                                                                |                      |
| 20 | 04/27/1994 | LETTER FROM DEFENDANT TRIAL DATE VERIFICATION    CM                                                                                                                                                                                                                                                                                     |                      |
|    | 04/28/1994 | CRIMINAL TRIAL CALENDAR - RESCHEDULED                                                                                                                                                                                                                                                                                                   | TOLIVER CHARLES H. IV |
|    | 05/03/1994 | STATE'S WITNESS SUBPOENA ISSUED                                                                                                                                                                                                                                                                                                         |                      |
| 21 | 05/06/1994 | DEFENDANT'S LETTER    DCB                                                                                                                                                                                                                                                                                                               |                      |
|    | 05/10/1994 | ARRAIGNED, WAIVED READING, ENT PLEA N GLTY                                                                                                                                                                                                                                                                                              |                      |
|    | 05/10/1994 | DIVERSION & CASE REVIEW-TRACK 2-RESCHEDULED 061694                                                                                                                                                                                                                                                                                      |                      |

|    | Date | Entry | Party |
|----|------|-------|-------|
|    | 05/10/1994 | BAIL HEARING AND COMMITMENT 77 24000.00 010 MTNROB, GRANTED (#019) REDUCED TO $24000 SECURED @10%   DF | CARPENTER WILLIAM C. JR. |
| 22 | 05/13/1994 | LETTER TO DEFT.   CM | HERLIHY JEROME O. |
| 23 | 05/19/1994 | DEFENDANT'S LETTER REQUESTING DOCKET SHEET   MV | |
| 24 | 05/25/1994 | NOLLE PROSEQUI IN93-09-0845 THROUGH -0848, WIT-AVAILABILITY.   WJS | |
| 25 | 05/26/1994 | LETTER FROM DEFENDANT   CM | |
| 26 | 05/26/1994 | LETTER TO DEFT   CM | HERLIHY JEROME O. |
| 27 | 06/07/1994 | LETTER TO DEFT. TELLING HIM HE WILL BE PERMITTED TO ADDRESS THE COURT ON THE CONCERNS IN HIS LETTER ON 061694 THROUGH HIS ATTORNEY.   CM | GOLDSTEIN CARL |
|    | 06/10/1994 | STATE'S WITNESS SUBPOENA ISSUED | |
|    | 06/13/1994 | SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED | |
|    | 06/15/1994 | SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED | |
|    | 06/15/1994 | DEFENDANT'S LETTER RECEIVED 06/16/94   KRS | |
|    | 06/20/1994 | SHERIFF'S COSTS FOR SUBPOENA'S DELIVERED | |
| 28 | 06/21/1994 | LETTER FROM DEFENDANT   CM | |
| 29 | 06/22/1994 | MOTION TO SUPPRESS JEROME M. CAPONE, ESQ.   DF | |
|    | 06/27/1994 | CRIMINAL TRIAL CALENDAR - TRIAL | CARPENTER WILLIAM C. JR. |
| 30 | 06/27/1994 | JURY TRIAL THRU 062894.STATE NOLLE PROSEQUI COUNTS 5,6,7,9,12. STATE'S MOTION TO AMEND COUNT 8 GRANTED. STATE'S MOTION IN LIMINE GRANTED. DEFT.'S MOTION TO WITHDRAW AS COUNSEL WAS DENIED. DEFT.'S MOTION FOR JUDGE-MENT OF ACQUITTAL OF CT. 8 DENIED JURY FOUND DEFT. GUILTY OF POSS. OF COCAINE-0850, CCDW-0849, AND | ALFORD HAILE L. |

```
              PDWBPP-0851. PSI ORDERED.
              SENTENCING 080494 AT 10:00 A.M.
              S/WHARTON, D/CAPONE, CR/LIEBOW
              CC/ROGERS. JURY SWORN.           GR
         06/28/1994
              PRESENTENCE INVESTIGATION ORDERED
   31    07/13/1994
              DEFENDANT'S LETTER
              RECIEVED JULY 14, 1994_. REQUEST
              DOCKET SHEET_____EC
   42    07/28/1994
              LETTER FROM DEFENDANT
                                         DCB
         08/04/1994                                ALFORD HAILE L.
              SENTENCING CALENDAR - DEFENDANT SENTENCED
   32    08/04/1994
              NOLLE PROSEQUI
              0852-0855 & 1409, RSN: PLED &
              SENT.ON 0849 & 0850.
   33    08/04/1994                               ALFORD HAILE L.
              SENTENCE
              AS TO IN93090851 , TIS , THE
              DEFENDANT IS ADJUDGED GUILTY OF
              THE OFFENSE CHARGED.
              THE DEFENDANT IS TO PAY COSTS OF
              PROSECUTION.
              EFFECTIVE SEPTEMBER 4, 1993 THE
              DEFENDANT IS PLACED IN THE
              CUSTODY OF THE DEPARTMENT OF
              CORRECTION AT SUPERVISION LEVEL 5
              FOR A PERIOD OF 3 YEARS,
              INCLUDING CREDIT FOR ANY TIME
              PREVIOUSLY SERVED.
              IF THE DEFENDANT IS PRESENTLY
              SERVING ANOTHER SENTENCE, THAT
              SENTENCE SHALL BE SUSPENDED UNTIL
              COMPLETION OF THIS SENTENCE.
              AFTER SERVING 1 YEAR, THIS
              SENTENCE IS SUSPENDED FOR 2 YEARS
              AT LEVEL 4, INPATIENT DRUG
              TREATMENT PROGRAM.
              UPON SUCCESSFUL COMPLETION OF
              LEVEL 4 INPATIENT TREATMENT
              PROGRAM, THIS SENTENCE IS
              SUSPENDED FOR THE BALANCE AT
              LEVEL 3.
              THE DEFENDANT IS TO BE HELD AT
              SUPERVISION LEVEL 5 UNTIL SPACE
              IS AVAILABLE AT LEVEL 4.
              AS TO IN93090849, TIS , THE
              DEFENDANT IS ADJUDGED GUILTY OF
              THE OFFENSE CHARGED.
              THE DEFENDANT IS TO PAY THE COSTS
              OF PROSECUTION.
              THE DEFENDANT IS TO PAY A FINE IN
              THE AMOUNT OF $200.00 PLUS AN
              EIGHTEEN PERCENT SURCHARGE FOR
```

*[Handwritten annotation:]* SERVED FROM 9/4/93 TO 11/30/94 PLUS 30 days GT FOR 1yrs WORK,

FOR THE "VICTIM COMPENSATION FUND."
THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION AT SUPERVISION LEVEL 5 FOR A PERIOD OF 2 YEARS.
THE NON-INCARCERATIVE PORTION OF THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE NON-INCAR- CERATIVE PORTION OF THE SENTENCE IMPOSED IN CR.A. NO. IN93090851.
AS TO IN93090850, TIS, THE DEFEN- DANT IS ADJUDGED GUILTY OF THE OFFENSE CHARGED. THE DEFENDANT IS TO PAY THE COSTS OF PROSECUTION.
THE DEFENDANT IS TO PAY A FINE IN THE AMOUNT OF $    200.00 PLUS AN 18% SURCHARGE FOR THE 'VICTIM COMPENSATION FUND' AND A 15% SURCHARGE FOR THE "SUBSTANCE ABUSE REHABILITATION, TREATMENT, EDUCATION AND PREVENTION FUND".
THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION AT SUPERVISION LEVEL 5 FOR A PERIOD OF 3 YEARS.
THIS SENTENCE IS SUSPENDED FOR 3 YEARS AT LEVEL 2 .
THE NON-INCARCERATIVE PORTION OF THIS SENTENCE SHALL BE SERVED CONSECUTIVELY WITH THE NON-INCARCERATIVE PORTION OF THE SENTENCE IMPOSED IN CR.A.NO. IN93090849 .
AS TO ALL CHARGES THE FOLLOWING SPECIAL CONDITIONS OF SUPERVISION SHALL APPLY: THE DEFENDANT SHALL:
PAY THE FINES, SURCHARGES AND COSTS ORDERED DURING THE PROBATIONARY PERIOD.
BE EVALUATED FOR SUBSTANCE ABUSE AND FOLLOW ANY DIRECTIONS FOR COUNSELING, TESTING OR TREATMENT MADE BY THE PROBATION OFFICER.
FOLLOW TREATMENT RECOMMENDATIONS OF EVALUATOR AND/OR PROBATION OFFICER.
D/CAPONE
S/KELSEY
CR/MILTON
CC/SPEAKMAN                                 KRS
08/10/1994
DEFENDANT'S LETTER
                                            KRS
34   08/17/1994
     NOTICE OF APPEAL
     #314, 1994                             DF

```
35    08/17/1994
        DIRECTIONS TO COURT REPORTER FOR TRANSCRIPT
        #314, 1994                              DF
36    08/17/1994
        LETTER
        (SUPREME COURT) TO COURT REPORTER
        PURSUANT TO SUPREME COURT RULE 9
        (E)(IV), THE TRANSCRIPT MUST BE
        FILED WITH THE PROTHONOTAY NO
        LATER THAN 092694                       DF
37    08/23/1994
        MEMORANDUM
        THE ORDER OF 110793, ORDERING
        COUNTS 1 THROUGH IV OF THE ABOVE
        REFERENCED CASE BE SEVERED, SHALL
        BE RESCINDED DUE TO THE ENTRY OF
        THE ATTORNEY GENERAL'S NOLLE
        PROSEQUI ON THOSE CHARGES. IT IS
        SO ORDERED:                             DF
38    08/24/1994                                          ALFORD HAILE L.
        ORDER OF JUDGMENT
                                                KRS
39    09/02/1994                                          ALFORD HAILE L.
        AMENDED SENTENCE
        AS TO IN93090851, IN93090849,
        NOW THIS 2ND DAY OF SEPTEMBER,
        1994, IT IS THE ORDER OF THE
        COURT THAT THE SENTENCING ORDER
        OF AUGUST 4, 1994 IS HEREBY
        MODIFIED AND AMENDED AS SET FORTH
        BELOW:
        IN93-09-0851, AFTER SERVING 1
        YEAR, THIS SENTENCE IS SUSPENDED
        FOR 2 YEARS AT LEVEL 4, INPATIENT
        DRUG TREATMENT PROGRAM. THIS
        SENTENCE SHALL BE SUBJECT TO
        SENTAC POLICY #28.
        IN93-09-0849, THIS SENTENCE IS
        SUSPENDED FOR 2 YEARS AT LEVEL 2.
        SPECIAL CONDITION TO ALL CHARGES:
        SHOULD THE DEFENDANT RETURN TO
        THE CUSTODY OF THE DEPT. OF
        CORRECTIONS IN THE STATE OF
        PENNSYLVANIA TO COMPLETE ANY
        IMPOSED SENTENCE; UPON RELEASE
        FROM SUCH CUSTODY, DEFENDANT IS
        TO RETURN TO THE STATE OF
        DELAWARE TO SUCCESSFULLY COMPLETE
        THE TERMS OF CONDITIONS OF ANY
        OPEN PERIOD OF PROBATION. SHOULD
        DEFENDANT FAIL TO DO SO, A
        SUBSTANTIAL PERIOD OF
        INCARCERATION SHALL BE REIMPOSED.
        IN ALL OTHER RESPECTS, THE
        SENTENCING ORDER OF AUGUST 4,
        1994 SHALL REMAIN THE SAME.      JB
40    10/04/1994
```

```
         LETTER
         (SUPREME COURT) TO COURT REPORTER
         THE COURT IS IN RECEIPT OF YOUR
         LETTER 092994, REQUESTING AN
         EXTENSION OF TIME UNTIL 100794.
         THE COURT HAS DIRECTED ME TO AD-
         VISE YOU THAT YOUR REQUEST IS
         GRANTED. PLEASE FILE THE TRANS.
         ON OR BEFORE 100794.          DF
41       10/07/1994                                ALFORD HAILE L.
         TRANSCRIPT OF TRIAL
         JUNE 27, 28, 1994              DF
43       10/17/1994
         LETTER
         (SUPREME COURT) TO PROTHONOTARY
         PURSUANT TO SUPREME COURT RULE 9
         (B)(I), THE RECORD W/TRANSCRIPT
         MUST BE FILED WITH THIS OFFICE NO
         LATER THAN 101794             DF
42       10/19/1994
         RECORDS SENT TO SUPREME COURT
                                        DF
43       10/25/1994
         RECEIPT RECORDS ACKNOWLEDGED BY
         SUPREME COURT                  DF
         12/13/1994
         LETTER FROM DEFENDANT
                                        DSC
                                        DSC
44       02/14/1995                                ALFORD HAILE L.
         LETTER
         "ASSESSMENT" FROM SUPERVISED
         CUSTODY UNIT, JESSIE L. WALLER,
         PROBATION/PAROLE OFFICER:
         I RECOMMEND THAT IN93090851 BE
         MODIFIED THAT MR. CARTER SERVE 6
         MONTHS AT LEVEL 3 AND FOLLOW
         RECOMMENDATION FROM SODAT FOR
         INTENSIVE OUTPATIENT TREATMENT.
         SO ORDERED 021395.            KRS
45       08/04/1995
         MANDATE AFFIRMED
         #314, 1994                    DF
46       08/15/1995
         MOTION FOR POST-CONVICTION RELIEF
         FILED PRO SE; REFERRED TO JUDGE
         ALFORD.                       WJS
47       08/18/1995
         MEMORANDUM
         GIVING FERRIS WHARTON NOTICE OF
         THE FILING OF A MOTION FOR POST-
         CONVICTION RELIEF.            WJS
48       11/15/1995                                ALFORD HAILE L.
         ORDER
         MOTION FOR POSTCONVICTION RELIEF
         IS DENIED.                    WJS
49       12/14/1995
```

```
         NOTICE OF APPEAL
         #496, 1995                         DF
50   12/14/1995
         DIRECTIONS TO COURT REPORTER FOR TRANSCRIPT
         #496, 1995                         DF
51   12/26/1995
         NOTICE OF APPEAL
         (AMENDED) #496, 1995               DF
52   12/27/1995
         LETTER
         (SUPREME COURT) TO PROTHONOTARY
         PURSUANT TO SUPREME COURT RULE 9
         (B)(II), THE RECORD MUST BE FILED
         WITH THIS OFFICE NO LATER THAN
         011696                             DF
53   12/28/1995
         RECORDS SENT TO SUPREME COURT
                                            DF
54   03/12/1996
         MANDATE AFFIRMED
         #496, 1995                         DF
55   03/14/1996                                     ALFORD HAILE L.
         VIOLATION OF PROBATION REPORT
         ISSUE SUMMONS                      KRS
     04/03/1996
         SUBPOENA(S) MAILED
56   04/19/1996                                     GEBELEIN RICHARD S.
         VOP SENTENCING CALENDAR, CONTINUED.
57   04/23/1997
         SUBPOENA(S) MAILED.
58   04/23/1997
         SUBPOENA(S) MAILED.
     05/07/1997                                     GEBELEIN RICHARD S.
         VIOLATION OF PROBATION.  VIOLATION RESCHEDULED FOR CONTESTED VOP.
59   05/22/1997
         SUBPOENA(S) MAILED.
60   05/22/1997
         SUBPOENA(S) MAILED.
61   05/28/1997                                     GEBELEIN RICHARD S.
         HEARING, CONTESTED V.O.P.,
         DEFENDANT FOUND GUILTY AND SENTENCED IMMEDIATELY.
62   05/28/1997                                     GEBELEIN RICHARD S.
         VIOLATION OF PROBATION HEARING, AS TO VN93-09-0851-01
         THE DEFENDANT IS ADJUDGED GUILTY OF VIOLATION OF PROBATION AND PROBA-
         TION IS HEREWITH REVOKED AND SENTENCE IMPOSED AS SHOWN HEREAFTER:
         THE DEFENDANT SHALL PAY COSTS, FINES, AND/OR RESTITUTION
         AS PREVIOUSLY ORDERED.  EFFECTIVE AT THE END OF VN85-08-0681-01, THE
         DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION AT
         SUPERVISION LEVEL 5 FOR A PERIOD OF 2 YEARS.  AFTER SERVING -0-, THE
         REMAINDER OF THIS SENTENCE IS SUSPENDED FOR 2 YEARS AT LEVEL 2.  AS
         TO VN93-09-0849-01, THE DEFENDANT IS ADJUDGED GUILTY OF VIOLATION OF
         PROBATION AND PROBATION IS HEREWITH REVOKED AND SENTENCE REIMPOSED AS
         SHOWN HEREAFTER.  THE DEFENDANT SHALL PAY COSTS, FINES AND/OR
         RESTITUTION AS PREVIOUSLY ORDERED.  EFFECTIVE AT END OF VN93-09-0851-
         01, THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF
         CORRECTION AT SUPERVISION LEVEL 5 FOR A PERIOD OF 2 YEARS.  AFTER
         SERVING -0-, THE REMAINDER OF THIS SENTENCE IS SUSPENDED FOR 2 YEARS
```

*NO JAIL TIME* (handwritten)

```
         AT LEVEL 2. THE SENTENCE IN VN93-09-0850-01 IS REIMPOSED TO RUN
         CONSECUTIVE TO 93-09-0849-01 FOR 2 YEARS AT LEVEL 2.
         S/PELAIA
         D/HILLIS
         CC/BENNETT
         CR/MASON
64       07/03/1997                               GEBELEIN RICHARD S.
         CAPIAS ISSUED FOR EMERGENCY LEVEL IV
         HOLD WITHOUT BAIL UNTIL HRG.
63       07/15/1997
         VIOLATION OF PROBATION REPORT FILED.
         08/20/1997                               TOLIVER CHARLES H. IV
         VOP SENTENCING CALENDAR, CONTINUED (NO DATE GIVEN).
65       09/16/1997                               ALFORD HAILE L.
         SENTENCE:  SIGNED ORDER FILED 10/14/97.
66       09/16/1997                               ALFORD HAILE L.
         CAPIAS RETURNED IN SUPERIOR COURT  DEF SENTENCED
         09/16/1997                               ALFORD HAILE L.
         VIOLATION-OF-PROBATION HEARING HELD:  PROBATION REVOKED
         AND DEFENDANT SENTENCED AS TO VN93-09-0851-02.        [handwritten: June 27 to Sep 17, 1997]
67       12/02/1997                               ALFORD HAILE L.
         CAPIAS ISSUED FOR EMERGENCY LEVEL IV
         HOLD WITHOUT BAIL UNTIL HRG. ON 121697 AT 9AM
         12/16/1997                               ALFORD HAILE L.
         VIOLATION-OF-PROBATION HEARING HELD:  PROBATION REVOKED   [handwritten: Dec 1, 1997 to
         AND DEFENDANT SENTENCED AS TO                                         PRESENT.]
68       12/16/1997                               ALFORD HAILE L.
         CAPIAS RETURNED IN SUPERIOR COURT.  DEF. SENTENCED
71       12/16/1997                               ALFORD HAILE L.
         SENTENCE: SIGNED ORDER FILED 02101998.
69       01/02/1998
         MOTION FOR MODIFICATION OF SENTENCE FILED.
         PRO SE - REFERRED TO JUDGE ALFORD.
70       01/14/1998                               GEBELEIN RICHARD S.
         TRANSCRIPT OF VOP HEARING FILED.
         MAY 28, 1997
73       02/19/1998
         MOTION FOR MODIFICATION OF SENTENCE FILED.
         PRO SE- REFERRED TO JUDGE ALFORD.
72       02/23/1998
         WRIT OF MANDAMUS FILED (PRO SE)
74       03/02/1998
         PETITION FOR A WRIT OF MANDAMUS #90, 1998
75       03/10/1998                               ALFORD HAILE L.
         ORDER: NOW, THEREFORE, IT IS ORDERED THAT DEFT'S MOTION
         FOR REDUCTION/MODIFICATION OF SENTENCE IS DENIED.
         SENTENCE WAS IMPOSED AFTER A VOP HEARING WAS HELD.
         ANY REQUEST FOR A CHANGE IN SUBSTANCE ABUSE PROGRAM
         MUST BE MADE BY THE WARDEN.
76       04/15/1998
         ORDER: (SUPREME COURT) NOW, THEREFORE, IT IS
         ORDERED THAT THE PETITION FOR A WRIT OF MANDAMUS
         IS DISMISSED.
77       07/01/1998
         MOTION FOR MODIFICATION OF SENTENCE FILED.
         RETURNED TO DEFT. - NOT SERVED ON A.G.
78       07/15/1998
```

```
       MOTION FOR MODIFICATION OF SENTENCE FILED.
       PRO SE - REFERRED TO JUDGE ALFORD.
 79    07/21/1998
       MOTION FOR CORRECTION OF ILLEGAL SENTENCE FILED
       PRO SE - REFERRED TO JUDGE ALFORD.
       REFERRED ON JULY 28, 1998.
 80    08/14/1998                                    ALFORD HAILE L.
       ORDER: NOW, THEREFORE, IT IS ORDERED THAT DEFT'S MOTION
       FOR REDUCTION/MODIFICATION OF SENTENCE IS DENIED.
       PURSUANT TO SUPERIOR COURT CRIMINAL RULE 35(), THE
       COURT WILL NOT CONSIDER REPETITIVE REQUESTS FOR REDUCTION/
       MODIFICATION OF SENTENCE. SENTENCE WAS IMPOSED AFTER A VOP
       HEARING WAS HELD.
 81    09/02/1998                                    ALFORD HAILE L.
       NOTICE OF NON-COMPLIANCE TO RULE 61 (MOTION FOR POSTCONVICTION RELIEF)
       SENT TO DEFENDANT. THE MOTION SEEKS CORRECTION OF SENTENCE RATHER
       THAN COLLATERALLY ATTACKING THE JUDGMENT OF CONVICTION; SEE RULE
       61(B)(2).
 88    09/09/1998
       LETTER FROM DEFENDANT, ENCLOSING A COPY OF A MOTION TO BE USED
       AS AN EXHIBIT IN PENDING CIVIL LITIGATION IN DISTRICT COURT.
 82    10/30/1998
       LETTER FROM DEFT TO SHARON AGNEW, PROY
       RE:ENCLOSING COPY OF PETITION FOR WRIT OF MANDAMUS PRESENTED TO THE
       THIRD CIRCUIT COURT OF APPEALS.
 83    10/30/1998
       AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS.
 84    11/13/1998
       LETTER FROM ELIZABETH CORMIER TO SHERMAN CARTER DCC
       RE:PETITION FOR WRIT OF MANDAMUS AND MOTION TO PROCEED IN FORMA
       PAUPERIS WILL BE TRANSMITTED TO THE NEXT  AVAILABLE PANEL OF THIS CT.
 86    11/17/1998
       PETITION FOR A WRIT OF MANDAMUS. #483, 1998
 85    12/30/1998
       ORDER: IN THE MATTER OF A WRIT OF MANDAMUS;
       CARTER'S PETITION FOR A WRIT OF MANDAMUS FAILS
       TO INVOKE THE ORIGINAL JURISDICTION OF THIS COURT.
       CARTER HAS NOT DEMONSTRATED THAT THE IS ENTITLED
       TO ANY DUTY OWED BY THE SUPEIOR COURT, NOR HAS HE
       ESTABLISHED THAT THE SUPCOURT HAS ARBITRARILY REFUSED
       TO GRANT HIM RELIEF. IF AND WHEN CARTER FILES
       A CONFORMING RULE 61 MOTION AND THE SUPERIOR COURT ISSUES
       A FINAL DECISION ADVERSE TO CARTER, CARTER CAN CHALLENGE, ON
       APPEAL THE SUPERIOR COURT'S APPLICATION OF THE PROVISIONS
       OF RULE 61 IN HIS  CASE. NOW, THEREFORE, IT IS
       ORDERED THAT THE PETITON FOR A WRIT O MANDAMUS IS
       DISMISSED.
 87    01/04/1999
       MOTION FOR MODIFICATION OF SENTENCE FILED.
       PRO SE - REFERRED TO JUDGE ALFORD.
       REFERRED ON 1/12/99.
 89    01/04/1999                                    ALFORD HAILE L.
       DEFENDANT'S LETTER FILED. LETTER TO JUDGE ALFORD RE: SENTENCING.
 90    02/16/1999
       DEFENDANT'S LETTER FILED. LETTER TO JUDGE ALFORD RE: SENTENCE.
 91    03/04/1999                                    ALFORD HAILE L.
       MODIFICATION OF SENTENCE. AS TO VN93-09-0851, THE SENTENCE IMPOSED ON
```

```
         DECEMBER 16, 1997, IS MODIFIED AS FOLLOWS: DEFENDANT IS PLACED IN THE
         CUSTODY OF THE DEPT. OF CORRECTIONS AT LEVEL 5 FOR TWO(2) YEARS.
         THE DEFENDANT SHALL BE GIVEN CREDIT FOR TIME PREVIOUSLY SERVED.
         IN ALL OTHER RESPECTS, THE SENTENCING ORDER OF DECEMBER 16, 1997 SHALL
         REMAIN THE SAME.
  92     04/15/1999
         DEFENDANT'S LETTER FILED.
  93     06/11/1999
         MOTION FOR MODIFICATION OF SENTENCE FILED.
         PRO SE - REFERRED TO JUDGE ALFORD.
         REFERRED ON 6/15/99.
  94     06/16/1999
         MOTION FOR MODIFICATION OF SENTENCE FILED.
         PRO SE - REFERRED TO JUDGE ALFORD.
         REFERRED ON 6/23/99
```

CERTIFIED AS A TRUE COPY:
ATTEST: SHARON AGNEW
PROTHONOTARY
BY _____