

To: Clerk of District Court
    District of Delaware
    844 N. King Street
    Wilmington, DE  19801

June 10, 2005

RE: Carter v. Taylor
    C.A. No. 99-757-JJF

Dear Clerk:

    Please docket the enclosed reply to Defendants "Renewed Motion for Summary Judgement". I have hand delivered two true copies of same to defense counsel at the address below, on this date.

Hand Delivered to D.A.G. Aaron R. Goldstein
                      Department of Justice
                      820 N. French Street
                      Wilmington, DE  19801

signed: _____
        Sherman A. Carter/Plaintiff