AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF DELAWARE

## EXHIBIT AND WITNESS LIST

**SHERMAN CARTER v. STANLEY TAYLOR, et al.,**   CASE NUMBER: 99-757-JJF

| PRESIDING JUDGE<br>Judge Farnan | PLAINTIFF'S ATTORNEY<br>Pro-Se | DEFENDANT'S ATTORNEY<br>Arron Goldstein, DAG<br>Stuart Drowos, DAG |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | Certified Copy of Superior Court Criminal Docket for IN93090845. |
|  | 2 |  |  |  | Delaware Supreme Court Order dated December 9, 1998 in relation to the matter: In the Matter of Sherman A. Carter for a Writ of Mandamus. |
|  | 3 |  |  |  | Memorandum Opinion dated February 10, 1999 in C.A. No. 98-173-JJF. |
|  | 4 |  |  |  | Delaware Supreme Court Order dated April 27, 1999 in relation to the matter: in the Matter of Sherman A. Carter for a Writ of Mandamus. |
|  | 5 |  |  |  | Memorandum Opinion dated August 6, 1999 in C.A. No. 98-549-JJF |
|  | 6 |  |  |  | Sentencing Order dated September 16, 1997 |
|  | 7 |  |  |  | Emergency Capias\Warrant dated December 1, 1997 |
|  | 8 |  |  |  | Sentencing Order dated December 16, 1997. |
|  | 9 |  |  |  | Sentencing Worksheet dated December 16, 1997 |
|  | 10 |  |  |  | March 4, 1999 letter from R. McBride to E. Pankowski, Esquire. |
|  | 11 |  |  |  | Amended Sentencing Order dated March 4, 1999 in Cr.A. No. VN93-09-0851 |
|  | 12 |  |  |  | Order dated March 4, 1999 in C.A. No. 99M-02-074-HLA. |

| | | | | | |
|---|---|---|---|---|---|
| | 13 | | | | Memorandum from R. McBride to Francene Kobus dated March 17, 1999 with attachments. |
| | 14 | | | | Letter from E. Pankowski to S. Carter dated March 19, 1999 |
| | 15 | | | | Letter to Judge Alford from S. Carter dated March 24, 1999. |
| | 16 | | | | Letter to Angelo Falasca from S. Carter dated March 26, 1999. |
| | 17 | | | | Letter to Lt. Governor Ruth Ann Minner from S. Carter dated March 30, 1999 |
| | 18 | | | | Memorandum to Carl Danberg from Richard Siefert dated May 25, 1999 |
| | 19 | | | | Memorandum to Deputy Warden Burris from R. McBride dated June 3, 1999. |
| | 20 | | | | Memorandum to Stuart Drowos from Carl Danberg dated June 22, 1999 |
| | 21 | | | | Letter to Sherman Carter from Mary Page Bailey dated July 8, 1999. |
| | 22 | | | | Memorandum to Gregg Wilson and Stuart Drowos from Mary Page Bailey dated July 21, 1999. |
| | 23 | | | | Letter to the Hon. Haile Alford from Mary Page Bailey dated July 22, 1999 |
| | 24 | | | | Letter to Mary Page Bailey from Judge Alford dated August 2, 1999. |
| | 25 | | | | Letter to Carl Danberg from Mary Page Bailey dated August 3, 1999. |
| | 26 | | | | Track form dated 1/12/98. |
| | 27 | | | | Track form dated 2/19/98 |
| | 28 | | | | Track form dated 6/16/98 |
| | | | | | |
| | | | | | |
| | | | | | |