## Defendants' Deposition Designations

Sherman Carter – Deposition taken March 26, 2003

Page:   Line(s)

| Page | Line(s) |
|---|---|
| 2: | 13-16 |
| 20: | 2-24 |
| 21: | 1-21 |
| 23: | 15-20 |
| 24: | 5-16 |
| 26: | 3-15 |
| 33: | 21-24 |
| 38: | 13-19 |
| 39: | 19-24 |
| 40: | 1-9 |
| 49: | 7-24 |
| 50: | 1-24 |
| 51: | 1-8 |
| 52: | 13-20 |
| 54: | 17-24 |
| 55: | 1-7 |
| 66: | 2-24 |
| 67: | 1-6 |
| 68: | 8-22 |
| 69: | 5-7; 12-24 |
| 70: | 1-10 |
| 87: | 20-24 |
| 88: | 1-17 |
| 95: | 9-15; 24 |
| 97: | 15-16 |
| 98: | 4-24 |
| 99: | 1-11 |
| 107: | 1-13 |
| 112: | 9-16 |
| 118: | 21-24 |
| 119: | 1 |
| 125: | 1-18 |
| 129: | 2-9 |
| 130: | 5-24 |
| 131: | 1-5 |
| 136: | 10-24 |
| 137: | 1-2 |
| 138: | 21-24 |
| 139: | 1-5; 13-24 |
| 140: | 15-19 |

S. Carter Deposition Designations
Page 2

145:  9-24
146:  1-2; 15-24
147:  1-3
148:  15-20
152:  1-21
156:  9-12