IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHERMAN CARTER,                          :
                                         :
            Plaintiff,                   :
                                         :
      v.                                 :   Civil Action No. 99-757-JJF
                                         :
COMMISSIONER STANLEY TAYLOR,             :
et al,                                   :
                                         :
            Defendants.                  :

### O R D E R

WHEREAS, counsel for Defendants have requested the October trial date be changed due to a conflict with a religious observance;

WHEREAS, the Court will grant counsels' request to reschedule the trial;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, December 1, 2005 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

2) Trial will commence on **Monday, January 9, 2006 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

October 3, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE