Clerk of the Court
U.S. District Court for
the District of Delaware
844 King Street  Lock Box 27
Wilmington, DE 19801

RE: Carter v. Taylor
    C.A. No. 99-757-JJF

Dear Clerk:

    Please docket the enclosed letter request to Judge Farnan and forward as soon as possible, due to that which is being requested is time sensitive.

                                          Thank you in advance

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

                                          Sherman A. Carter  pro., se



Sherman A. Carter
2900 Jefferson Street
Wilmington, DE 19802

Clerk of the Court
U.S. District Court of Delaware
844 King Street  Lock Box 27
Wilmington, DE  19801