

**M. JANE BRADY**
ATTORNEY GENERAL

## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19901<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5352<br>Fax: (302) 856-5369<br>TTY: (302) 856-4698 |

**PLEASE REPLY TO :**

November 18, 2005

[New Castle County-Civil Division]

Sherman A. Carter
2900 Jefferson Street
Wilmington, DE 19802

    Re:    Carter v. Taylor, et al.;
             C.A. No. 99-757-JJF

Dear Mr. Carter:

       In compliance with the Court's Order dated November 17, 2005, please find enclosed a copy of Bureau of Prisons Procedure 4.4 (entitled "Inmate Grievance Procedure"). Please be advised that this document is privileged pursuant to state law. Specifically 11 *Del. C.* § 4322 (d) provides as follows:

> The Department of Correction Policies and Procedures, including any Policy, Procedure, Post Order, Facility Operational Procedure or Administrative Regulation adopted by a Bureau, facility or department of the Department of Correction shall be confidential, and not subject to disclosure except upon the written authority of the Commissioner.

       Please be advised that the Defendants are producing this document pursuant to Court order and have not waived of this statutory privilege. Accordingly, you should consider the privilege set forth in the above-quoted statute as applicable to the attached document.

Sherman A. Carter
Nov. 18, 2005
Page 2

    If you have a question or concern about the applicability of the above-quoted statutory privilege to any potential use of the policy, please feel free to contact us at (302) 577-8400.

Very truly yours,

Aaron R. Goldstein
Deputy Attorney General

Cc:   Clerk of the Court (via CM/ECF)
       Stuart B. Drowos