| STATE OF DELAWARE | PROCEDURE NUMBER: | PAGE: |
|---|---|---|
| | 4.4 | 1 OF 7 |
| BUREAU OF PRISONS | RELATED ACA STANDARDS: | |
| | 36 | |
| PROCEDURE MANUAL | | |
| CHAPTER: 4 DECISION-MAKING RELATING TO INMATES | SUBJECT:   INMATE GRIEVANCE PROCEDURE | |
| APPROVED BY THE CHIEF, BUREAU OF PRISONS: *Carl W. Howard* | | |
| EFFECTIVE DATE: *Revised 5/15/98* | | |

I.   **AUTHORITY:**  DOC Policy 4.4

II.  **PURPOSE:**

To establish an Inmate Grievance Procedure designed to reduce tension in correctional facilities and to effectively resolve the vast majority of cases within our system.  Every inmate will be provided a timely, effective means of having issues brought to the attention of those who can offer administrative remedies before court petitions can be filed.  NOTE:  Inmates are encouraged to seek their counselors' advice on how to best pursue a response to concerns before prematurely filing a grievance under the guidelines that follow.

III. **APPLICABILITY:**

All BOP employees, volunteers, persons or organizations conducting business with the BOP: all inmates under BOP custody or supervision.

IV.  **DEFINITIONS:**

A.   Bureau Grievance Officer (BGO):  A BOP employee who reviews and mediates appeal of the Warden's/Warden's Designee decision.

B.   Emergency Grievance:  An issue that concerns matters which under regular time limits would subject the inmate to a substantial risk of personal, physical or psychological harm.

C.   Grievance:  A written complaint concerning the substance or application of a policy or practice; any action toward an inmate by staff or other inmates; any condition or incident within the institution that affects an inmate.

| STATE OF DELAWARE BUREAU OF PRISONS | PROCEDURE NUMBER: 4.4 | PAGE: 2 OF 7 |
|---|---|---|
| SUBJECT:   INMATE GRIEVANCE PROCEDURE | | |

D.    Inmate Grievance Chair (IGC):  An institutional employee designated to handle inmate grievances.

E.    Inmate Grievance Procedure (IGP):  The formal process provided to inmates to resolve disputes.

F.    Outside Reviewer:  An individual not associated with DOC who hears inmate grievance appeals referred by the BGO and Bureau Chief of Prisons.

H.    Resident Grievance Committee (RGC):  A committee comprised of institutional staff and inmates that hears inmate grievances and makes a recommendation to the Warden/Warden's Designee.

I.    Reprisal:  Any action or threat of action against inmates or staff based solely on their participation or use of the IGP.

J.    Medical Grievance Committee (MGC): An institution's specific medical review authority comprised of a minimum of three medical services contractual staff from the following list:

        Health Services Administrator
        Director of Nursing
        Charge Nurse
        Chief Medical Officer
        Medical Records Clerk
        Mental Health Counselor
        Chief Dental Officer
        Dental Assistant

V.    PROCEDURE:

1.    Copies of the IGP shall be available in each institutional housing unit, in each library, in each counselor's office, and in each IGC office.

2.    All inmates, regardless of physical condition/security status/administrative status, shall be entitled to use the IGP.  Inmate complaints regarding policies and conditions must be within DOC jurisdiction.  This includes actions by employees, inmates, and incidents occurring within the institution that affect them personally.  NOTE: Policies that have their own formal appeal mechanisms are not grievable through the IGP. Specifically excluded from the IGP are issues concerning Disciplinary, Classification, and Parole

| STATE OF DELAWARE BUREAU OF PRISONS | PROCEDURE NUMBER: 4.4 | PAGE: 3 OF 7 |
|---|---|---|
| SUBJECT:    INMATE GRIEVANCE PROCEDURE | | |

Board decisions.

3.   The IGP shall afford the grievant a meaningful remedy. Relief may include an agreement by the Warden/Warden's Designee to remedy an objectionable condition within a reasonable, specified time period; change in institutional policy or practice; or restitution.

4.   The IGP prohibits reprisals against staff or inmates for their use or participation in the process.  If either participant experiences adverse reactions, they may appeal directly to the Warden/Warden's Designee. The Warden/Warden's Designee shall offer a written response within 10 calendar days upon receipt of the appeal.  This decision is appealable to the Bureau Chief of Prisons for final disposition.

5.   No staff or inmate named as a party to the grievance shall participate in any capacity in the resolution decision.  This instruction includes contact for purposes of information gathering not merely decision making.  Grievances filed against the IGC or appealing authority shall be referred to the next higher authority.

6.   All grievances shall be kept separate from the inmate's master file.  Neither staff or inmates shall have access to these records except to the extent necessary for clerical processing, resolution, or decision compliance.

7.   The maximum period between initial grievance receipt and final appeal response shall not exceed 180 calendar days.  If a full RGC cannot be convened as scheduled, another hearing shall be rescheduled within 7 calendar days.

8.   Inmates are prohibited from submitting more than one grievance arising from a single incident.

9.   If more than one inmate files a grievance on the same incident, the IGC will consolidate the staff investigations and RGC hearings into a single "group grievance".  All individuals involved will be notified by the IGC.

| STATE OF DELAWARE BUREAU OF PRISONS | PROCEDURE NUMBER: 4.4 | PAGE: 4 OF 7 |
|---|---|---|
| SUBJECT:   INMATE GRIEVANCE PROCEDURE | | |

10. The IGC shall provide a copy of the response to each IGP step to the grievant within 7 calendar days of IGC receipt.

11. The RGC shall be comprised of two inmates who are elected by a majority vote from their own housing unit and two staff designated by the Warden/Warden's Designee.  Designated staff should include custody and treatment staff, as well as, those who have frequent contact with the grievant's housing unit. Each RGC member has one vote; the IGC shall only vote to break a tie.

12. Inmate RGC members and two inmate alternates shall serve for a term of six months.  Staff RGC members serve at the discretion of the Warden/Warden's Designee.  One staff member shall be from Treatment and one from Security.

13. The RGC shall deliberate on its findings and forward its recommendation to the Warden/Warden's Designee.

14. All investigative work must be completed and documented prior to the RGC hearing.

15. Inmates are allowed to retract a grievance at any time during the process by written notice to the IGC.

16. The IGC shall submit a monthly IGP status report to the BGO and the Bureau Chief of Prisons.

17. The BGO and the Bureau Chief of Prisons share responsibility for IGP revisions/amendments. Distribution to all points of inquiry listed in #01 above shall be the responsibility of the Warden/Warden's Designee.

18. Remedies which are dependent on departments or agencies outside of the DOC may require more time for coordination of implementation steps.  The IGC shall notify the grievant of the implementation plan and schedule upon receipt of written notification of concurrence by the outside entity.

19. **The specific duties of the IGC and BGO are listed in the "Inmate Grievance Procedure Training Manual". Analysis of their performance is the sole responsibility of their immediate supervisors.**

| STATE OF DELAWARE BUREAU OF PRISONS | PROCEDURE NUMBER: 4.4 | PAGE: 5 OF 7 |
|---|---|---|
| SUBJECT:   INMATE GRIEVANCE PROCEDURE | | |

## IGP RESOLUTION LEVELS

**Level I (Informal Resolution):**

The IGP process begins when an inmate files Form #584.  The grievant must complete this form within 7 calendar days following the incident and forward to the IGC.  The IGC shall forward the grievance to the inmates' housing unit supervisors within two days of their receipt.  Housing unit supervisors shall investigate, document all findings on Form #175, attempt resolution and report results to the IGC within 3 calendar days of their receipt of the grievance.  Resolution ends the IGP process; the IGC closes the file and monitors issues of compliance.  Unresolved grievances are referred to Level II administration.

**Level II (RGC Recommendation/Warden's Decision):**

The RGC will convene within 30 calendar days of IGC receipt of the grievance to examine the issue and documented investigative data from Form #175, hear testimony, and make a recommendation. The Grievant will be offered the opportunity to participate in the RGC hearing through examination of all information presented and discussion with all participants.  The RGC shall ask any question it feels relevant to the issue.  If the RGC determines that further investigation is required it may grant an additional five days, by majority RGC member vote and grievant consent, to complete its work.  All RGC work is to be documented and forwarded to the IGC on Form #584 RGC Recommendation.  The IGC forwards the RGC recommendation to the Warden/Warden's Designee. The Warden/Warden's Designee responds on Form #584 within 10 calendar days and forwards that response to the IGC for distribution.  If the Warden/Warden's Designee and grievant concur with the RGC recommendation the grievance is deemed resolved; the IGC closes the file and monitors issues of compliance.  If there is no concurrence, the case is referred to Level III administration.

**Level III (The Final Decision):**

The BGO will review the grievance file upon receipt.  Concurrence with the Warden/Warden's Designee decision and signature by the BGO and Bureau Chief of Prisons ends the IGP process; the IGC closes the file and monitors issues of compliance.  At the BGO's discretion, mediation between grievant and the Warden/Warden's Designee may be attempted or Outside Review recommended.  The BGO shall recommend Outside Review in only those instances where interpretation of law or expansion of policy are necessary.  The Bureau Chief of Prisons may accept or reject the BGO's written

3

| STATE OF DELAWARE BUREAU OF PRISONS | PROCEDURE NUMBER: 4.4 | PAGE: 7 OF 7 |
|---|---|---|
| SUBJECT: INMATE GRIEVANCE PROCEDURE | | |

Grievance Officer (BGO). The BGO recommends a course of action to the Bureau Chief of Prisons, who renders a final decision.

**Universal Grievance:**

Issues that concern the entire system and not just one inmate, a group of inmates, or one institution shall be presented by the BGO to the Bureau Chief of Prisons.

**Institutional Transfer:**

When possible, transfers shall be delayed for any inmate who has filed a grievance and been notified of an RGC hearing date until the hearing has concluded. If circumstance requires immediate transfer, the IGC at the institution where the grievant filed will proceed in the grievant's absence utilizing the normal IGP process steps through Level II. The Warden/Warden's Designee decision will be forwarded to the IGC at the grievant's new location for review. If the grievant appeals to Level III, the IGC at the grievant's new location shall forward the file to the IGC at the original location for BGO review. Grievances filed against the sending institution after an inmate's transfer, but inside the standard seven day window following an incident, shall be forwarded by the IGC at the new location to the IGC at the original location for processing.

**Appeals:**

Grievant appeals must be signed, dated and state the specific reasons on Form #584 Grievance Appeal. This form must be given to the IGC who is responsible for tracking the status of each grievance. The IGC will forward the appeal and grievance file to the BGO. Grievants shall have 3 calendar days upon receipt of their copy of the Warden/Warden's Designee decision to appeal, as well as, to include any additional information for review at the next level. NOTE: The Bureau Chief of Prisons decisions are final and not appealable.

**Attachments**

# INMATE GRIEVANCE PROCEDURE

## FORMS APPENDIX

**April '98 Revision**

## Inmate Grievance Procedure Appendix

| Exhibit | | DESCRIPTION |
|---|---|---|
| A | Form #175 | Housing Unit Investigation Report |
| B | Form #175 | Page Two |
| C | Form #584 | Grievance Form |
| D | Form #584 | Informal Resolution |
| E | Form #584 | RGC Recommendation |
| F | Form #584 | Warden's/Warden's Designee Response |
| G | Form #584 | Grievance Appeal |
| H | Form #585 | Medical Grievance |
| I | Form #585 | Informal Resolution |
| J | Form #585 | MGC Recommendation/Appeal |
| K | Form #586 | Medical Log |

**April '98 Revision**

**FORM #175**

**INMATE GRIEVANCE HOUSING UNIT INVESTIGATION REPORT**

THIS FORM MUST BE COMPLETED *WITHIN 3 CALENDAR DAYS* OF RECIEPT FROM I.G.C.

INMATE:_____          S.B.I #_____

CASE#:_____          DATE RECEIVED FROM I.G.C.:_____

HOUSING UNIT:_____

*FACTS/DETAILS DETERMINED BY THE INVESTIGATOR:*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**April '98 REV**

# FORM #175
## Inmate Grievance Housing Unit Investigation Report
### Page Two

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

INVESTIGATOR (SHIFT LEADER):_____     DATE:_____

IF REFERRED TO THE NEXT SHIFT LEADER EXPLAIN WHY :

_____

_____

_____

_____

DATE FORWARDED TO I.G.C.:_____

STAFF SIGNATURE:_____

**April '98 REV**

FORM  #584

## GRIEVANCE FORM

FACILITY:_____    DATE:_____

GRIEVANT'S NAME:_____    SBI#: _____

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

c: **INSTITUTION FILE**
   **GRIEVANT**

**April '98 REV**

## FORM #584

## INFORMAL RESOLUTION

BRIEFLY STATE THE CONDITIONS OF THE INFORMAL RESOLUTION. BE SPECIFIC. LIST THE NAMES, ISSUES AND PARTIES TO THIS AGREEMENT WHICH ADDRESS THE ACTION REQUESTED.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


GRIEVANT'S SIGNATURE: _____

DATE:                 _____

WITNESS (OFFICER):    _____


**CC: INSTITUTION FILE**
     **GRIEVANT**


**April '98 REV**

## FORM  #584

## R.G.C. RECOMMENDATION

## THIS MUST BE COMLETED & RETURNED TO THE I.G.C. WITHIN 30 CALENDAR DAYS

GRIEVANT'S NAME: _____    SBI #: _____    CASE #: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

R.G.C. MEMBERS:

INMATE REPRESENTATIVE: _____

INMATE REPRESENTATIVE: _____

COUNSELOR:            _____

SECURITY:            _____

INMATE GRIEVANT CHAIRSPERSON: _____

CC: **INSTITUTION FILE**
     **GRIEVANT**

**April '98 REV**

**FORM #584**

**WARDEN'S/WARDEN'S DESIGNEE RESPONSE**

**TO BE COMPLETED & RETURNED TO THE IGC WITHIN TEN CALENDAR DAYS**

GRIEVANT'S NAME:_____     SBI#:_____

HOUSING UNIT _____     CASE#:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


WARDEN/WARDEN'S DESIGNEE SIGNATURE          DATE:


I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)

YES:_____          NO:_____


GRIEVANT'S SIGNATURE                    DATE


I.G.C. SIGNATURE                        DATE

**CC: INSTITUTION FILE**
    **GRIEVANT**

**April '98 REV**

FORM #584

GRIEVANCE APPEAL

THIS MUST BE COMPLETED AND RETURNED TO THE IGC WITHIN 3 DAYS OF RECEIPT OF THE
WARDEN/WARDEN'S DESIGNEE DECISION

GRIEVANT:_____     SBI#: _____

HOUSING UNIT:_____     CASE#: _____

DATE: _____

THIS FORM IS TO BE USED ONLY IN THE EVENT OF A WARDEN'S DECISION APPEAL.  PLEASE SPECIFY THE
REASON FOR THE APPEAL IN THE SPACE BELOW.

/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IF YOU NEED ADDITIONAL SPACE ,PLEASE CONTINUE WRITING ON THE BACK OF THIS FORM.

CC: **INSTITUTION FILE**
    **GRIEVANT**

**April '98 REV**

**FORM  #585**

**MEDICAL GRIEVANCE**

FACILITY:_____          DATE SUBMITTED:_____

INMATE'S NAME:_____          SBI#:_____

HOUSING UNIT:_____          CASE #:_____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

<u>SECTION #1</u>

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_____    _____

_____    _____

_____

_____

_____

_____

_____

_____

_____    _____

_____    _____

GRIEVANT'S SIGNATURE: _____          DATE: _____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**<u>NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.</u>**

**April '98 REV**

**FORM #585**

**MEDICAL GRIEVANCE**

**INFORMAL RESOLUTION**

BRIEFLY STATE THE CONDITIONS OF THE INFORMAL RESOLUTION. BE SPECIFIC. LIST THE NAMES, ISSUES AND PARTIES TO THIS AGREEMENT WHICH ADDRESS THE ACTION REQUESTED.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


GRIEVANT'S SIGNATURE: _____

DATE:                 _____

WITNESS (OFFICER):    _____


**CC: INSTITUTION FILE**
    **GRIEVANT**


**April '98 REV**

<u>**FORM #585**</u>

**<u>MEDICAL GRIEVANCE</u>**

<u>**MEDICAL Grievance Committee (MGC) Recommendation**</u>

RESPONSE BY M.G.C. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATE RECIEVED BY GRIEVANT: _____        GRIEVANT SIGNATURE: _____

DOES GRIEVANT ACCEPT M.G.C. DECISION? _____(YES)        _____(NO)

===================================================================

<u>**MGC Appeal Statement**</u>

PLEASE USE THE SPACE PROVIDED BELOW TO EXPLAIN THE SPECIFICS OF YOUR APPEAL. UPON COMPLETION, FORWARD THIS FORM TO THE IGC.

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _____        DATE: _____

CC: **INSTITUTION FILE**
    **GRIEVANT**

**April '98 REV**

FORM #586

MEDICAL LOG

FACILITY:_____

INMATE NAME:_____    SBI#_____

HOUSING UNIT:_____

CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**DATES**                                                     **TREATMENT**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

STAFF SIGNATURE:_____    DATE:_____

**April '98 REV**