To: The Clerk of the Court
    U.S. District Court for Delaware
    844 King Street, Lock Box 27
    Wilmington, DE 19801



RE Carter v. Taylor, et.,al
   Civil Action No. 99-757-JJF

Dear Clerk;

   Please docket the enclosed Motion in Limine and forward same to the Honorable Joseph J. Farnan, as a Pre-Trial conference has been schedualed for December 1,2005. I have copied counsel for the defendants addressed as follows.

DAG Stuart B. Drowos
Department of Justice
State Office Building
820 N. French Street
Wilmington, DE 19801

   On the date of November 18th, by placing same in the U.S. mail at the Post Office at Quigley Bvld.

dated: November 18,2005          signed: _____
                                         Sherman A. Carter