PLAINTIFF's EXHIBITS

| Discription Of Exhibits | Exhibit No. |
|---|---|
| Sentencing order August 1994 with hand written calculations | 1 |
| Correction of Sentence order September 1994 with hand written calculations | 2 |
| April 3,1998 concerns as to treatment | 3 |
| MPCJF Counselor Services request form | 4 |
| Superior Court Habeas Corpus Granting relief | 5 |
| Letter to Records | 6 |
| Collick v. State of Del. | 7 |
| DCC Classifacation "Continued Greentree) | 8 |
| Superior Court Habeas Corpus Granting relief | 9 |
| DCC Classifacation "Recind Greentree" | 10 |
| Letter to Chief Deputy Angelo Falasca | 11 |
| Acceptance into Mental Health Group | 12 |
| Prison Health memo | 13 |
| DCC Classifacation "Evening Greentree" | 14 |
| Letter Feb 24,1999 from APD Pankowski | 15 |
| Letter to Deputy Warden Burris | 16 |
| Letter to Warden Snyder | 17 |
| Letter from McBride to APD Pankowski | 18 |
| Plaintiff's calculation | 19 |
| March 4,1999 Amended Sentencing Order | 20 |
| Responses from records | 21 |
| March 8,1999 letter to Stan Taylor | 22 |
| Letter to Thomas Brown Deputy AG | 23 |
| Memo from McBride to Claire Robinson | 24 |
| Civil action against Tom Orr | 25 |
| Reply from McBride | 26 |
| Letter to Deputy Warden Burris | 27 |
| March 19,199 letter from APD Pankowski backing off previous position | 28 |
| Second letter to Falasca March 26,1999 | 29 |
| April 1,1999 letter to Warden Snyder | 30 |
| April 5,1999 letter to Loren C. Meyers Department of Justice | 31 |
| May 3,1999 letter to Meyers DOJ | 32 |
| Gamble v. State of Delaware | 33 |
| Letter to Rick Seifert from Lt. Governor's office  May 12,1999 | 34 |

i

| | |
|---|---|
| Letter to Seifert from Plaintiff May 21, 1999 | 35 |
| Second letter to Seifert from Lt. Governor's office requesting statis | 36 |
| Note to Cathy from Rich "The heat just got turned up on the Sherman Carter issue" | 37 |
| Memo from Seifert to Carl Danberg | 38 |
| Letter from McBride to Snyder | 39 |
| Plaintiff's letter to Seifert "Illegal Detention and Request for Disposition" | 40 |
| Note from Burris to McBride "Whats the story on this" | 41 |
| Memo from Seifert to Danberg June 2,1999 | 42 |
| Letter to Deputy Warden Burris from Plaintiff June 6,1999 | 43 |
| Plaintiff's letter to Governor Carper | 44 |
| Plaintiff's letter to McBride | 45 |
| Memo from seifert to Danberg June 9,1999 | 46 |
| Letter to Judge Alford citing Gamble | 47 |
| Letter to Colonel Ellingsworth Superintendent Delaware State Police requesting charges be placed against McBride | 48 |
| Response from Ellingsworth | 49 |
| Memo to DAG Drowos from Danberg | 50 |
| Plaintiff's second letter to Carper | 51 |
| Plaintiff's letter to Lt. Gov. Minner | 52 |
| Letter to News Journal | 54 |
| Second letter to News Journal | 55 |
| Letter to Warden Snyder July 15,1999 | 56 |
| Plaintiff's letter to DAG Bailey | 57 |
| Progress notes from Prison Health"Hunger strike" | 58 |
| Letter from Bailey to DAG Wilson | 59 |
| DAG Bailey's letter to Judge Alford | 60 |
| Plaintiff's letter to PHS | 61 |
| Plaintiff's letter to DAG Bailey"Duty not to Harm" | 62 |
| Memo from Snyder to Major Holman" Hunger strike, transfer" | 63 |
| Incident report    "Ram Room" | 64 |
| Medical Grievance | 65 |
| Policy 3.8 | 66 |
| Truth In Sentencing sheet | 67 |
| Discovery Request | 68 |
| Del. Code Title 11 § 4205 | 69 |
| Defendant's Responses to Interrogatories | 70 |