To: The Clerk of District Court
U.S. District Court for Delaware
844 King Street Lock Box 27
Wilmington, DE 19801

November 10, 2005

RE: Carter v. Taylor et,. al
99-757-JJF

Dear Clerk of the Court:

On November 1, 2005, I filed with counsel for the defendants two copies of the enclosed "Proposed Stipulations". Due to his previously filing without my input, and since no attempt has, been made on his part to reach any agreement as to the stipulations, I submit my own to protect myself.

signed: *Sherman A. Carter*
Sherman A. Carter
2900 Jefferson Street
Wilmington, DE 19802



FILED NOV 22 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE