Sherman A. Carter
2900 Jefferson St.
Wilmington, DE 19802

Clerk of District Court
For the District of Delaware
844 King Street, Lock Box 27
Wilmington, DE 19801





U.S. POSTAGE
PAID
WILMINGTON, DE
19850
NOV 12, '05
AMOUNT
$4.75
0008045-1