

To: The Clerk of the Court
U.S. District Court for
the District of Delaware
844 King Street Lock Box 27
Wilmington, DE 19801

March 19, 2006

RE: Carter v. Taylor et al
C.A. No. 99-757-JJF

Dear Clerk:

Pursuant to a December 5, 2005 order by Judge Farnan in which he states that Petitioner shall notify the Court in writing if an attorney is not appointed to represent him at the appellate level so that representation can be secured for Plaintiff through this Court's Federal Civil Panel, Please docket the enclosed request for counsel and additional information, and forward to Judge Farnan, as a decision on the Jurisdictional question in the Third Circuit is at hand.

Sherman A. Carter

2 copies mailed to

Aaron R. Goldstein
Dept. of Justice
820 N. French St.
Wilm. DE 19801

on March 20, 2006.