
Sheeran A. Chavez
2008 Jefferson S.
Wilm. DE 19802

Clerk of the Court
U.S. District Court
844 King Street Lock Box 27
Wilm. DE 19801

U.S.M.S. X-RAY