IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHERMAN CARTER, :
:
    Plaintiff, :
:
v. : Civil Action No. 99-757-JJF
:
COMMISSIONER STANLEY TAYLOR, :
et al., :
:
    Defendants. :

### ORDER REQUESTING REPRESENTATION FOR PLAINTIFF

WHEREAS, following the December 1, 2005 in-court conference, the Court issued an Order (D.I. 162) granting Plaintiff's request for appointment of counsel and finding that Plaintiff's case presented complex issues such that the appointment of counsel was critical to Plaintiff's ability to proceed with this case on appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall present this Request for Representation to the Federal Civil Panel to determine if an attorney is available to represent Plaintiff;

2. The Standing Order of the Court regarding the establishment of the Federal Civil Panel and the provisions of said Order are incorporated herein by reference.

March 30, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE