FPS-322                                                  DATE: June 8, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 05-5148

Carter v. Atty Gen USA

To:    Clerk

1)    Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted for the purpose of appointment of counsel. Insofar as a certificate of appealability has been granted, counsel will be appointed. Due to the limited number of practitioners willing to accept appointments, the appointment process may require a significant amount of time to complete.



A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: June 8, 2006
DMM/cc: Mr. Sherman A. Carter
        Stuart B. Drowos, Esq.
        Aaron Goldstein, Esq.