OFFICE OF THE CLERK

**MARCIA M. WALDRON**  **UNITED STATES COURT OF APPEALS**  TELEPHONE
CLERK  FOR THE THIRD CIRCUIT  215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

___Delaware___  Clerk of District Court     Date ___6/8/06___
(District)

___Carter v. Atty Gen USA___              C. of A. No. ___05-5148___
(Caption)

___Stanley Taylor___
(Appellants)

___99-cv-757___
(D.C. No.)

Enclosures:

___6/8/06___ Certified copy of C. of A. Order by the **Court/(Clerk)**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

___XXXXX___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
is recalled.

                    ___Dana M. Moore___  (267)-299-___4927___
                    Deputy Clerk         Telephone Number

Receipt Acknowledge:
___[signature]___
(Name)

___6/9/06___
(Date)

                         Appeals (Certified List in Lieu of Record)
                                              Rev. 3/13/00

N:\recrel.wpd