

The Honorable Joseph J. Farnan,Jr.
United States District Court
District of Delaware
844 King Street
Lock Box 27
Wilmington, DE 19801

July 9,2006

Re: Carter v. Taylor, et al.
    C.A. No. 99-757-JJF

Dear Judge Farnan:

    First let me thank you for attempting to gain legal assistance from the District Court's Legal Panel. Due in part to my belief that no attorney will come to my aid, I am seriously considering withdrawing my request for assistance from both the District Court, and the Court of Appeals. I have given much thought to why Defense Counsel has taken this step when in all acturality they are basing their appeal on false information. I believe that no one is more able to dispute the misrepresentations intended to be presented to the Appellant Court.

    The Appellants argue that I, never obtained favorable termination of my sentence, and that the multiple denials of Habeas Corpus relief demonstrated that Apellants could not have been on fair notice that I, the Appellee was unlawfully detained. It is my intention to ask the Court of Appeals to not consider this unless the Appellants can prove that the Defendants had specific knowledge of these rulings, which contridicts information already apart of the record, and would raise greater problems for not only the Defendants, but even the Department of Justice.

    Appellant Counsel attempts to build on the incorrectclaim that Your Honor based your decision as to favorable termination on a letter when infact the ruling was correctly based on the March 4th order,

stating that "all credit for time previously served must be credited to the sentence".

The Appellants Counsel further attempts to sell the Appeals Court on the premis that the letter did not give "fair notice" as to possibility of individual liability. Once again the famed letter is being used to misdirect this Court. The correct point of consideration is, "What was the controlling law at the time of the claimed constitutional violation", this being as stated in Gamble v. State of Delaware No. 407,1998...this Court has consistently held that a defendant must be given Level V credit for all prior time actually served at Level V incarceration when further incarceration at Level V is imposed after a probation violation.

Clearly I am convinced that utilizing the correct information, I will be able to show the Court of Appeals what is being presented being nothing but fraudulent misrepresentations which is par for the course, when the Department of Justice is afraid of the truth coming out. The only concern that I now have is that the Appellants Counsel have raised the issue that you failed to specify what facts it relied on and the legal reasoning it employed in denying summary judgement as to the Appellants' assertions of qualified immunity. If this contention could have a negitive effect on my persuit of a pro,.se appeal, I respectfully request that this defect be corrected. I with great respect to your Honor make this request.

As I've stated I am leaning to informing both Jurisdictions of a decision to withdraw my request for counsel after thirty days on still no notice of attorney interest in my case.

Respectfully submitted

*Sherman G. Carter*
Sherman A. Carter

xc: Stuart B. Drowos
    Aaron R. Goldstein

To: The Clerk of the Court
    U.S. District Court
    District of Delaware
    844 King Street Lock Box 27
    Wilmington DE  19801

                                        July 10, 2006

Re; Carter v. Taylor, et. al.
    C.A. No. 99-757-JJF

Dear Clerk:

   My name is Sherman A. Carter, the Plaintiff in the above cited civil action. I have placed in the U.S. Mail two true copied of the enclosed letter to Judge Farnan to the Legal Counsel for the Defendants, addressed as follows on this the 10th day of July of 2006.

To: Stuart B. Drowos &
    Aaron R. Goldstein
    Deputy Attorney Generals
    Department of Justice
    State of Delaware
    Carvel State Office Building
    820 N. French Street
    Wilmington, DE  19801

                                signed: /s/ Sherman A. Carter
                                        Sherman A. Carter

Sherman A. Carter
2900 Jefferson Street
Wilmington, DE 19802

WILMINGTON DE 197
10 JUL 2006 PM 1 L

Clerk of the Court
U.S. District Court for the
District of Delaware
Lock Box 27
844 King Street
Wilmington, DE 19801

U.S.M.S
X-RAY