IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Sherman A. Carter, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 99-757 JJF |
| | ) |
| Commissioner Stanley Taylor, | ) |
| Warden Robert Snyder, and | ) |
| Record's Superv. Rebecca L. McBride | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Thomas H. Kovach, Esquire, has agreed to represent the plaintiff Sherman A. Carter as counsel of record in the above captioned case and related appeal matters. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: July 13, 2006

_____
United States District Judge