# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S COURTHOUSE
WILMINGTON, DELAWARE 19801

July 17, 2006

Sherman A. Carter
2900 Jefferson Street
Wilmington, DE 19802

   RE: Carter v. Taylor, et al.,
      Civil Action No. 99-757-JJF

Dear Mr. Carter

  Please be advised that Thomas H. Kovach, Esquire has agreed to represent you in the above-captioned action. The Court's Order recognizing Mr. Kovach's representation is enclosed.

                Sincerely,

                JOSEPH J. FARNAN, JR.

JJFjr:rjp
Enclosure

cc: Thomas H. Kovach, Esq.
   Aaron R. Goldstein, Esq.
   Clerk, U.S. District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Sherman A. Carter, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 99-757 JJF ) |
| Commissioner Stanley Taylor, Warden Robert Snyder, and Record's Superv. Rebecca L. McBride | ) ) ) ) ) |
|       Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Thomas H. Kovach, Esquire, has agreed to represent the plaintiff Sherman A. Carter as counsel of record in the above captioned case and related appeal matters. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: July 13, 2006

_____
United States District Judge