IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHERMAN CARTER,                    :
                                   :
        Plaintiff,                 :
                                   :
    v.                             : Civil Action No. 99-757-JJF
                                   :
COMMISSIONER STANLEY TAYLOR,       :
et al.,                            :
                                   :
        Defendant.                 :

## O R D E R

WHEREAS, an appeal is pending in the above-captioned action concerning the Court's denial of Defendants' request for summary judgment on the basis of the doctrine of qualified immunity;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is **STAYED** and **CLOSED** administratively. The Court will reopen the matter upon the written application of any party at the conclusion of appellate review.

January 8, 2008                    _____
    DATE                           UNITED STATES DISTRICT JUDGE