# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

05-5148

Carter v. Atty Gen DE, et al

99-cv-00757

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: April 15, 2008

cc: Stuart B. Drowos, Esq.
    Aaron Goldstein, Esq.
    Matthew A. Kaplan, Esq.
    Thomas H. Kovach. Esq.