IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERMAN CARTER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 99-757-JJF |
| COMMISSIONER STANLEY TAYLOR, et al., | : |
| Defendant. | : |

### O R D E R

WHEREAS, this action was stayed and administratively closed pending an appeal concerning the Court's denial of Defendants' request for summary judgment on the basis of the doctrine of qualified immunity;

WHEREAS, the pending appeal has been dismissed pursuant to Federal Rule of Appellate Procedure 42(b);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties provide the Court with the status of this action in light of the dismissal of the appeal no later than **May 30, 2008.**

May 7, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE