# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERMAN CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 99-757-JJF |
| v. | ) |
| | ) |
| Commissioner, STANLEY TAYLOR, | ) |
| Warden, ROBERT SNYDER, Records | ) |
| Supervisor, REBECCA McBRIDE, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by between Sherman Carter, his attorneys, and the attorneys for each of the Defendants, by their undersigned counsel, the parties having entered into a Settlement Agreement dated March 5, 2008, that, subject to the approval of the Court hereof, pursuant to Fed. R. Civ. P. 41(a)(1), any and all of the Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE in relation to the above-captioned action, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| **PARKOWSKI, GUERKE & SWAYZE, P.A.** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
| | |
| */s/ Thomas H. Kovach* | */s/ Aaron R. Goldstein* |
| Thomas H. Kovach, Esquire | Aaron R. Goldstein |
| 800 King Street | Deputy Attorney General |
| Wilmington, DE 19801 | Carvel State Office Building |
| (302) 654-3300 | 820 N. French Street, 6th floor |
| Attorney for Plaintiff. | Wilmington, DE 19801 |
| | (302) 577-8400 |
| | Attorney for Defendants. |

SO ORDERED:
May __, 2008

_____
UNITED STATES DISTRICT JUDGE